

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2014

No. 04-11-00877-CR

Antonio **AVILES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR7244
Honorable Sid L. Harle, Judge Presiding

## O R D E R

On January 13, 2014, the United States Supreme Court vacated this court's judgment and remanded the matter back to this court "for further consideration in light of *Missouri v. McNeely*, 569 U.S. __ (2013)." Accordingly, the parties may file amended briefs on the issue presented, and we note that amended briefs are encouraged by this court. Any amended briefs must contain argument as directed by the United States Supreme Court, i.e., whether the trial court erred in denying the motion to suppress in light of the Court's decision in *Missouri v. McNeely*. We **ORDER** appellant Antonio Aviles to file his amended brief, if any, in this court on or before **March 13, 2014**. The State's amended brief will be due in this court thirty (30) days after the date appellant's amended brief is filed in this court. If either party chooses not to file an amended brief, that party is **ORDERED** to notify this court of such fact in writing on or before **February 21, 2014**.

We **order** the clerk of this court to serve copies of this order on appellant and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court